UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLTON BROWN,

        *Plaintiff*,

v.

MARTIN J. WALSH, Secretary, U.S. Department of Labor,

        *Defendant*.

Civil Action No. 21-2207 (TSC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 23, 2023           Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*

/s/ Marques Pitre ("By Permission")
A. Marques Pitre
Pitre & Associates, LLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Ave., NW Suite 700
Washington, DC 20004
ampitre@ampitreassociates.com

*Counsel for Plaintiff*